1  Victoria C. Knowles, Esq., Bar No. 277231
   PACIFIC TRIAL ATTORNEYS
2  A Professional Corporation
   4100 Newport Place Drive, Suite 800
3  Newport Beach, CA 92660
   Tel: (949) 706-6464
4  Fax: (949) 706-6469
   vknowles@pacifictrialattorneys.com
5
   Attorney for Plaintiff
6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 ROY RIOS, an individual,              Case No. 2:17-cv-00501-DMG-RAO

12         Plaintiff,
                                          **NOTICE OF SETTLEMENT**
13         v.
                                          Complaint Filed: December 20, 2016
14 VERSACE USA, INC., a New York          Removed: January 20, 2017
   corporation; and DOES 1-10, inclusive,
15
           Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**
2 | **PLEASE TAKE NOTICE** that the parties to this action have reached a settlement in
3 | principle of the above-captioned matter and are finalizing the terms of the agreement. It
4 | is anticipated that a dismissal of the entire action with prejudice pursuant to Federal
5 | Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed within thirty (30) days of the date
6 | of this Notice.

Dated: January 26, 2017

PACIFIC TRIAL ATTORNEYS

By: */s/ Victoria C. Knowles*
    Victoria C. Knowles
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Victoria C. Knowles*
Victoria C. Knowles