OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Defendant
VERSACE USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual<br><br>Plaintiff,<br><br>v.<br><br>VERSACE USA, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00501-DMG-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 20, 2016<br>Trial Date:          None<br>District Judge:    Hon. Dolly M. Gee<br>Courtroom:         8C, 8th Fl. (1st Street)<br>Mag. Judge:       Hon. Rozella A. Oliver<br>Courtroom:         F, 9th Fl. (Spring) |

**TO THE COURT AND ALL PARTIES:**

Plaintiff Roy Rios ("Plaintiff") and defendant Versace USA, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, stipulate as follows:

1.    WHEREAS, the Parties have reached a settlement in this matter.

2.    WHEREAS, the Parties have executed a Confidential Settlement Agreement and Release.

3.    WHEREAS, the Parties' obligation under Section 17 of the Confidential Settlement Agreement and Release is as follows:

> Defendant shall use commercially reasonable efforts to improve the accessibility of its Website and substantially provide individuals with visual disabilities the ability to enjoy the goods, services, facilities, privileges, advantages, and accommodations offered through the Website by December 31, 2019, using WCAG 2.0 Level AA as a guideline in making such improvements. The Parties agree that the obligations set forth in the preceding sentence do not apply to any third-party content or plug-ins used on or integrated with any portion of the Website (including, without limitation, third-party plug-ins used to display or map the locations of its stores) or third-party websites linked to the Website, and that, to the extent the Website is linked to third-party websites, Defendant shall not be liable or responsible for the accessibility of such other websites to individuals with visual disabilities.

**IT IS HEREBY STIPULATED** by and among the Parties, through their counsel of record, that:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action for the sole purpose of, and for only the time period required for, enforcement of the parties' obligations under Section 17 of the parties' Confidential Settlement Agreement and Release.

/ / /

/ / /

2.    Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED:  February 24, 2017          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Amber L. Roller
        David Raizman
        Christopher F. Wong
        Amber L. Roller

Attorneys for Defendant
VERSACE USA, INC.

DATED:  February 24, 2017          PACIFIC TRIAL ATTORNEYS


By:  /s/ Victoria C. Knowles
        Victoria C. Knowles

Attorneys for Plaintiff
ROY RIOS