# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>VERSACE USA, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: CV 17-501-DMG (RAOx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [15]** |

The Court has considered the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing, this action is hereby dismissed with prejudice, in its entirety, with the Court retaining jurisdiction over the parties and the action for the sole purpose of, and for only the time period required for, enforcement of the parties' obligations under Section 17 of the parties' Confidential Settlement Agreement and Release. Each party is to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 28, 2017

                                               DOLLY M. GEE
                                               UNITED STATES DISTRICT COURT